AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v. | )<br>)  Case No.  2:26-cr-00063-5<br>)  FID: 11940309<br>)<br>)<br>) |
| ALI ALKHALEEL | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ALI ALKHALEEL                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 CONSPIRACY TO OBSTRUCT THE DUE ADMINISTRATION OF JUSTICE; 18 U.S.C. 1503(a)
OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE

> **RECEIVED**
> By KKrapp at 11:25 am, Mar 26, 2026

| | |
|---|---|
| Sarah Sewall<br>Name of Issuing Officer | Case Administration Supervisor<br>Title of Issuing Officer |
| *Sarah Sewall*<br>Signature of Issuing Officer | 03/25/2026          Pittsburgh<br>Date and Location |

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date:  3/30/26<br><br>_____<br>Arresting officer's signature<br><br>Ryan Gantek  Special Agent<br>Printed name and title |